Christopher Seidman (SBN 98884)
Harmon & Seidman LLC
101 South Third Street, Suite 265
Grand Junction, Colorado 81501
Telephone: 970.245.9075
Fax: 970.245.8086
chris@harmonseidman.com

Robert W. Crockett (SBN 79918)
Harmon & Seidman LLC
33 Spindrift Passage
Corte Madera, California 94925
Telephone: 415.945.1830
robert@harmonseidman.com

*Attorneys for Plaintiff*
Minden Pictures, Inc.



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINDEN PICTURES, INC, <br><br> Plaintiff, <br><br> v. <br><br> PEARSON EDUCATION, INC., and JOHN DOE PRINTERS 1-10, <br><br> Defendants | Case No.  5385 <br><br> **PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Minden Pictures, Inc., a California corporation, hereby states that it has no parent corporation and that there is no publicly held corporation owning 10% or more of its stock.

1

PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

DATED: November 4, 2011

                    Plaintiff Minden Pictures, Inc.
                    by its attorneys,

*/s/ Robert W. Crockett*

Robert W. Crockett
Robert W. Crockett (SBN 79918)
Harmon & Seidman LLC
33 Spindrift Passage
Corte Madera, California 94925
Telephone: 415.945.1830
robert@harmonseidman.com

Christopher Seidman (SBN 98884)
Harmon & Seidman LLC
101 South Third Street, Suite 265
Grand Junction, Colorado 81501
Telephone: 970.245.9075
Fax: 970.245.8086
chris@harmonseidman.com

2

PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT