IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINDEN PICTURES, INC., | No. C 11-05385 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING FEBRUARY 16 HEARING** |
| PEARSON EDUCATION, INC., and JOHN DOE PRINTERS 1–10, | |
| Defendants. | |

At the hearing on February 16, 2012, plaintiff's counsel should be prepared to provide the following information:

1)  An explanation as to the relationship among the fourteen suits against defendant, seven of which were brought by plaintiff's counsel.

2)  Copyright registration numbers for the 4,398 photographs at issue.

3)  An explanation as to why the complaint does not allege that plaintiff has exclusive rights to the photographs.

**IT IS SO ORDERED.**

Dated: February 2, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE