1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MINDEN PICTURES, INC.,

           Plaintiff,

   v.

PEARSON EDUCATION, INC.,
and JOHN DOE PRINTERS 1–10,

           Defendants.

_____/

No. C 11-05385 WHA

**ORDER DENYING MOTION
TO DISMISS AS MOOT AND
GRANTING LEAVE TO FILE
SECOND AMENDED COMPLAINT**

     On February 16, 2012, a hearing on defendants' motion to dismiss took place.
Plaintiff's counsel provided a proposed amendment to its complaint at the hearing. For the
reasons stated at the hearing, defendants' motion to dismiss is denied as moot. The second
amended complaint shall be due by MARCH 1, 2012. Plaintiff must plead its best case, and the
amended complaint should address all issues discussed at the hearing. Defendants must file a
renewed motion to dismiss by MARCH 15, to be heard on a 35-day calendar.

     **IT IS SO ORDERED.**

Dated: February 16, 2012

                               _____
                               WILLIAM ALSUP
                               UNITED STATES DISTRICT JUDGE