IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINDEN PICTURES, INC., | No. C 11-05385 WHA |
| Plaintiff, | |
| v. | **NOTICE REGARDING ORAL ARGUMENT** |
| PEARSON EDUCATION, INC., et al., | |
| Defendants. | |

After reviewing the written submissions, the Court is of the view that oral argument is unnecessary and will proceed to issue an order soon and to vacate the hearing set for January 10. If, however, one counsel advises the Court in writing by **NOON ON JANUARY 7** that most or all of the argument for its side will be conducted by a lawyer of four or fewer years out of law school (*see* Supplemental Order, dkt. no. 3 at ¶ 6), then the hearing will remain in place in order to provide that opportunity.

**IT IS SO ORDERED.**

Dated: January 2, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE