IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MINDEN PICTURES INC.,

    Plaintiff,

v.

PEARSON EDUCATION INC.,
and JOHN DOE PRINTERS 1–10,

    Defendants.

No. C 11-05385 WHA

**ORDER SETTING
DISCOVERY HEARING**

    Pursuant to defendant's January 15, 2013, letter concerning its discovery dispute, the Court **SETS** a three-and-a-half-hour meet-and-confer on **WEDNESDAY, JANUARY 23, STARTING FROM 7:30 AND CONTINUING TO 11:00 A.M.** in the Court's jury room. At 11:00 a.m., the Court shall hear any remaining unresolved issue(s). Plaintiff's response is due by noon on Friday, January 18. Please buzz chambers to be let into the jury room at 7:30 a.m.

    Please note that only those lawyers who personally attend the meet-and-confer in the Court's jury room may be heard at the hearing.

    **IT IS SO ORDERED.**

Dated: January 15, 2013.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE