IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MINDEN PICTURES, INC.,

    Plaintiff,

  v.

PEARSON EDUCATION, INC.,

    Defendant.

                               /

No. C 11-05385 WHA

**ORDER REQUESTING INFORMATION**

By **NOON ON TUESDAY, FEBRUARY 19**, plaintiff shall file a submission identifying each and every assignment agreement, agency agreement, or other copyright agreement implicated by the third amended complaint and summary judgment briefing that has been backdated, along with an index of the photographs asserted in this action that are subject to the backdated agreements.

At the same time, plaintiff shall also file copies of any and all Rule 26(a) disclosures that described the "agency agreements" attached as exhibits to plaintiff's summary judgment opposition (Dkt. No. 67). Defendant has until **NOON ON FEBRUARY 20** to file a critique of plaintiff's submissions.

**IT IS SO ORDERED.**

Dated: February 14, 2013.

                                                     WILLIAM ALSUP
                                                     UNITED STATES DISTRICT JUDGE