**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MINDEN PICTURES, INC.,

    Plaintiff,

v.

PEARSON EDUCATION, INC.,

    Defendant.
                               /

No. C 11-05385 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting defendant's motion for summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant Pearson Education, Inc., and against plaintiff Minden Pictures, Inc.

**IT IS SO ORDERED.**

Dated: March 5, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE