
Christopher Seidman (SBN 98884)
Harmon & Seidman LLC
101 South Third Street, Suite 265
Grand Junction, Colorado 81501
Tel: (970) 245-9075
Fax: (970) 245-8086
E-mail: chris@harmonseidman.com

Robert W. Crockett (SBN 79918)
Harmon & Seidman LLC
33 Spindrift Passage
Corte Madera, California 94925
Tel: (415) 945-1830
E-mail: robert@harmonseidman.com

Alex Rice Kerr (SBN 264821)
Harmon & Seidman LLC
219 Vicksburg Street
San Francisco, California 94114
Tel: (415) 230-4760
E-mail: alex@harmonseidman.com

*Attorneys for Plaintiff Minden Pictures, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINDEN PICTURES, INC., | Case No. CV 11-05385-WHA |
| Plaintiff, | PLAINTIFF MINDEN PICTURES, INC.'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT |
| v. | |
| PEARSON EDUCATION, INC., | |
| Defendant. | |

Notice is hereby given that Minden Pictures, Inc., Plaintiff in the above-named case ("Minden Pictures"), hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on the fifth day of March, 2013 in favor of Defendant Pearson Education, Inc. (Document 77) and from all interlocutory orders that gave rise to that judgment, including but not limited to the Order Granting in Part and Denying in Part Motion for Leave to File Third Amended Complaint and Vacating Hearing entered on January 7, 2013 (Doc.

57) insofar as the order denied leave to amend; and the Order Granting Defendant's Motion for Summary Judgment entered on March 5, 2013 (Doc. 76).

Date: March 21, 2013

Plaintiff Minden Pictures, Inc., by its attorneys,

s/ *Robert W. Crockett*

Robert W. Crockett (SBN 79918)
Harmon & Seidman LLC
33 Spindrift Passage
Corte Madera, California 94925
Tel: (415) 945-1830
E-mail: robert@harmonseidman.com

Christopher Seidman (SBN 98884)
Harmon & Seidman LLC
101 South Third Street, Suite 265
Grand Junction, Colorado 81501
Tel: (970) 245-9075
Fax: (970) 245-8086
E-mail: chris@harmonseidman.com

Alex Rice Kerr (SBN 264821)
Harmon & Seidman LLC
219 Vicksburg Street
San Francisco, California 94114
Tel: (415) 230-4760
E-mail: alex@harmonseidman.com

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of 18 years, and not a party to the above-entitled action. My business address is 33 Spindrift Passage, Corte Madera, California 94925.

I hereby certify that on March 21, 2013 I caused the foregoing PLAINTIFF MINDEN PICTURES, INC.'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT to be filed via the CM/ECF system, which will serve a Notice of Electronic Filing to all counsel of record, including the following:

> David W. Marston Jr.
> Karl A. Schweitzer
> Morgan, Lewis & Bockius LLP
> 1701 Market Street
> Philadelphia, Pennsylvania 19103
> Tel: (215) 963-5000
> Fax: (215) 963-5001
> E-mail: dmarston@morganlewis.com
>         kschweitzer@morganlewis.com

> Sharon R. Smith
> Andrew M. Purdy
> Morgan, Lewis & Bockius LLP
> One Market Street, Spear Street Tower
> San Francisco, California 94105-1126
> Tel: (415) 442-1000
> Fax: (415) 442-1001
> E-mail: srsmith@morganlewis.com
>         apurdy@morganlewis.com

I declare under penalty of perjury that I am a member of the bar of this Court and that the foregoing is true and correct.

Executed on March 21, 2013 at Corte Madera, California.

> *s/ Robert W. Crockett*
>
> Robert W. Crockett (SBN 79918)
> Harmon & Seidman LLC
> 33 Spindrift Passage
> Corte Madera, California 94925
> Tel: (415) 945-1830
> E-mail: robert@harmonseidman.com

PLAINTIFF MINDEN PICTURES, INC.'S NOTICE OF APPEAL     CASE NO. CV 11-05385 WHA