

**FILED**

MAR 12 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MINDEN PICTURES, INC., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> PEARSON EDUCATION, INC., <br><br> Defendant - Appellee. | No. 13-15515 <br><br> San Francisco No. 3:11-cv-05385-WHA <br> Northern District of California <br><br> ORDER |

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Stephen Liacouras
Circuit Mediator

SL/Mediation